## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARMELITA VAZQUEZ, :
:     **Civil Action No. 3:09-CV-625**
   **Plaintiff,** :
:     **(Judge Nealon)**
   **v.** :
:     **(Magistrate Judge Carlson)**
**CAESAR'S PARADISE** :
**STREAM RESORT,** :
:
   **Defendant.** :

## REPORT AND RECOMMENDATION

## THE BACKGROUND OF THIS CASE IS AS FOLLOWS:

This is a *pro se* employment discrimination civil rights action. The current status of this case that all pre-trial motions have been fully addressed and resolved, and discovery is now closed. The undersigned conducted mediation efforts with the parties in November, 2010, but those efforts are now reported to be at an impasse. (Doc. 42.)

## II.   Recommendation

The discovery period in this case has closed. The time for filing dispositive motions has passed, and all dispositive motions have been fully resolved. No other motions are pending. Mediation has been attempted, but the parties were unable to reach a settlement of this dispute. Accordingly, IT IS RECOMMENDED that the case be listed for trial at the convenience of the district court.

The parties are further placed on notice that pursuant to Local Rule 72.3:

Any party may object to a magistrate judge's proposed findings, recommendations or report addressing a motion or matter described in 28 U.S.C. § 636 (b)(1)(B) or making a recommendation for the disposition of a prisoner case or a habeas corpus petition within fourteen (14) days after being served with a copy thereof. Such party shall file with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The briefing requirements set forth in Local Rule 72.2 shall apply. A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge, however, need conduct a new hearing only in his or her discretion or where required by law, and may consider the record developed before the magistrate judge, making his or her own determination on the basis of that record. The judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions

Submitted this 7th  day of December, 2010.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge