IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUN 0 8 2011

PER _____
DEPUTY CLERK

CARMELITA VAZQUEZ,
    Plaintiff

v.

CAESAR'S PARADISE STREAM RESORT,
    Defendant

CIVIL NO. 3:09-cv-625

(JUDGE NEALON)
(MAGISTRATE JUDGE CARLSON)

## ORDER

On April 6, 2009, Carmelita Vazquez filed a <u>pro se</u> employment discrimination civil rights action against her former employer, Caesar's Paradise Stream Resort, alleging that she was fired on account of her race. (Doc. 1). On December 7, 2010, Magistrate Judge Martin C. Carlson issued a Report & Recommendation ("R&R") explaining that the discovery period has closed, all dispositive motions have been resolved, and that mediation attempts have failed to result in settlement. (Doc. 43). The R&R recommends that the case be listed for trial by the District Court. (<u>Id.</u>). No objections have been filed.

On May 17, 2011, this Court issued an Order directing the parties to confer and file a letter indicating whether or not all parties would consent to proceed to trial before a Magistrate Judge. (Doc. 44) (citing M.D. Pa. L.R. 72.1(b); 28 U.S.C. § 636(c)(1)). On June 2, 2011, a notice was filed stating that all parties do not consent to referral to a Magistrate Judge for trial.

**Accordingly, this 8th day of June, 2011, IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 43) is **ADOPTED**; and

2. **Trial is scheduled for September 26, 2011,** before the Undersigned. A separate scheduling notice will follow.

*[signature]*
United States District Judge