**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARMELITA VAZQUEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>CAESAR'S PARADISE STREAM RESORT,<br><br>    Defendant. | CIVIL ACTION NO. 3:CV-09-0625<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this 3rd day of December, 2013, **IT IS HEREBY ORDERED** that:

(1) Judgment is to be entered in favor of Plaintiff Carmelita Vazquez and against Defendant Starwood Hotels & Resorts Worldwide, Inc., improperly designated as Caesar's Paradise Stream Resort, on the Title VII disparate treatment claim.

(2) Plaintiff is entitled to compensatory damages in the amount of $25,000.00. Plaintiff is not awarded back pay or front pay.

(3) Judgment in favor of Plaintiff and against Defendant is to be entered in the total amount of twenty-five thousand dollars ($25,000.00).

(4) Post-trial motions are to be filed in accordance with the Local Rules of the United States District Court for the Middle District of Pennsylvania and the Federal Rules of Civil Procedure with the time for filing to be calculated from the date of entry of this Order.

(5) The Clerk of Court is directed to mark the case as closed.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge